**AMBER A. BAYLOR**
California State Bar No. 248196
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Amber_Baylor@fd.org

Attorneys for Mr. Sanchez-Rodriguez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM MCCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                       )<br>                  Plaintiff,                     )<br>                                                       )<br>v.                                                    )<br>                                                       )<br>SALVADOR SANCHEZ-RODRIGUEZ, )<br>                                                       )<br>                  Defendant.                 )<br>                                                       ) | Case No. 07MJ2464-WMC<br><br><br><br>**NOTICE OF APPEARANCE** |

     Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                      Respectfully submitted,

Dated: October 19, 2007                    /s/  *Amber Baylor*
                                                    Federal Defenders of San Diego, Inc.
                                                    Attorneys for Mr. Sanchez-Rodriguez
                                                    Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: October 19, 2007                    /s/ *Amber Baylor*
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, CA  92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           E-mail: Amber_Baylor@fd.org