Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3421

**FILED**
DEC 14 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Salvador Sanchez-Rodriguez<br><br>Defendant | Case No: 307-CR-03024-L-1<br><br>**SUBSTITUTION OF ATTORNEY** |

_Salvador Sanchez Rodriguez_

X _SALVADOR SANCHEZ-RODRIGUEZ_ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, _AMBER BAYLOR_.

DATED: X _12/05/07_          X _Salvador Sanchez Rodriguez_
                                                    DEFENDANT

I consent to the above substitution.

DATED: _12/10/07_            _[signature]_
                                             PRESENT ATTORNEY

//

1    307 CR 03024-L-1
                    CASE NO.

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 12-07-07

NEW ATTORNEY

Please check one: ✓ RETAINED, or _____ APPOINTED BY THE COURT.

DATED: 12/14/07              APPROVED:

UNITED STATES DISTRICT COURT
MAGISTRATE

2       307 CR 03024-L-1
CASE NO.